IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STUART PORTER, )
 )
            Plaintiff, )
 )
v. ) No. 06 C 3052
 )
NOVARTIS PHARMACEUTICALS )
CORPORATION, )
 )
            Defendant. )

## MEMORANDUM

Counsel for Novartis Pharmaceuticals Corporation ("Novartis") have just filed a thoroughly unsatisfactory Answer and Defenses ("ADs") to the Complaint filed against Novartis by Stuart Porter ("Porter"). In addition to the inconvenience to opposing counsel and this Court created by counsel's noncompliance with this District Court's LR 10.1, the Answer is permeated with a constant repetition of the incorrect assertion that Porter's allegations that reflect legal conclusions do not require a response--see App. ¶2 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001). And the 26 ADs (count 'em--26) many of the 26 are problematic as well--see, e.g., App. ¶5 to State Farm.

This Court will not, however, waste its resources in recounting the manner in which Novartis' counsel should proceed to cure the flaws in its responsive pleading, given the likelihood that this action will be removed from these precincts by an MDL order. If however it were to turn out that no transfer

will take place, this Court would anticipate sending Novartis'
counsel back to the drawing board by a later-entered order.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date: July 11, 2006